IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON JEROME JACOBS,

    Petitioner,                      No. CIV S-05-2287 MCE DAD P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request for appointment of counsel. Petitioner has paid the required filing fee.

        Petitioner is confined in California State Prison - Sacramento. The conviction under attack was entered in the San Luis Obispo County Superior Court. While both the United States District Court in the district where the petitioner is confined and the United States District Court in the district where the petitioner was convicted have jurisdiction over petitioner's habeas petition, the witnesses and evidence necessary for the resolution of the petition are more readily available in San Luis Obispo County. In the furtherance of justice, this case will be transferred to the United States District Court for the Central District of California for all further proceedings. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973).

1

1         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Central District of California.
3 DATED: November 16, 2005.

                                                        /s/ Dale A. Drozd
                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jaco2287.108